IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00688-RPM

JAMES REITMAN and
MELISSA REITMAN,

      Plaintiff,

v.

BC SERVICES, INC.,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      Upon review of the Unopposed Motion to Dismiss with Prejudice [Doc. 9], it is

      ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

      Dated:   August 14th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge